Dawn Netta RUCKER, Appellant,

v.

UNIVERSITY OF NEBRASKA,
AT OMAHA, Appellee.

No. 01–3770.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Dawn Netta Rucker appeals the district court's[1] denial of in forma pauperis status and pre-service dismissal of her action, without prejudice, for failure to pay the filing fee. We find no abuse of discretion

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska, adopting the report and recommendations of the Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District of Nebraska.

in the dismissal, and accordingly affirm. *See* 8th Cir. R. 47B.